UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-09415-JC | Date | December 22, 2025 |
|---|---|---|---|
| Title | Marquise Bailey v. MJ ATM Services Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**          (In Chambers)

**ORDER TO SHOW CAUSE (OSC) RE DISMISSAL FOR LACK OF PROSECUTION**

The action herein was filed on October 2, 2025. On October 31, 2025, Plaintiff filed proofs of service regarding service of the Complaint and Summons on both named Defendants – MJ ATM Services, Inc. (dba Hoover and Munchies Store) ("MJ ATM") and Clemente Ramos ("Ramos") – on October 29, 2025. Defendants' original deadline(s) to file responsive pleadings have expired. See Fed. R. Civ. P. 4(e)(2)(A), 12(a)(1)(A)(i). On December 1, 2025, Plaintiff filed a Request for Entry of Default as to Defendant Ramos only, and the Clerk entered default against such Defendant on December 5, 2025. No request for entry of default as to Defendant MJ ATM has been requested and Plaintiff has not requested a default judgment as to Defendant Ramos or Defendant MJ ATM.

The Court, on its own motion, hereby ORDERS Plaintiff to show cause in writing no later than **January 5, 2026**, why this action should not be dismissed for lack of prosecution. **Plaintiff's failure timely to file a response to this Order to Show Cause and/or to show good cause may result in the dismissal of this case based on Plaintiff's lack of prosecution and/or failure to comply with this Order to Show Cause.**

It is Plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently. All stipulations affecting the progress of the case must be approved by the Court, except as otherwise provided in the Local Rules. L.R. 7-1, 8-3.

IT IS SO ORDERED.